**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**WELLS FARGO BANK, N.A.**                                              **PLAINTIFF**

**V.**                                              **CAUSE NO.: 2:09CV150-SA-SAA**

**JOHN CHRISTOPHER O'CONNOR,**
*Trustee of John Christopher O'Connor Declaration of Trust,*
*dated Jan. 20, 2004,* **and JOHN CHRISTOPHER O'CONNOR,**
*Individually*                                                         **DEFENDANTS**

**FINAL JUDGMENT**

The Court granted Plaintiff's Motion for Summary Judgment on February 22, 2010. Plaintiff's accounting of damages were complete only through August 6, 2009. The Court calculated interest on the Note but was unable to determine the amount of attorneys' fees incurred from August 6, 2009, until the present day. Plaintiff was directed to supplement its request for attorneys' fees. Plaintiff has done so.

The Court enters final judgment against Defendants in the following amount:

    Amount of indebtedness on the Note: $472,494.62

    Attorneys' fees, collection costs, and foreclosure costs as of August 6, 2009: $20,405.88

    Attorneys' fees and expenses from August 6, 2009, through February 23, 2010: $21,947.24

Accordingly, the Court finds for the Plaintiff in the total amount of $514,847.74.

SO ORDERED, this the 23rd day of February, 2010.

                                                                        /s/ Sharion Aycock
                                                                        **U.S. DISTRICT JUDGE**